[No. 75033-0-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR DANIEL RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-1-00104-7, Carol Murphy, J., entered May 21, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 75034-8-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE STODDARD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00105-6, David L. Edwards, J., entered November 24, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Appelwick, JJ.

[No. 75035-6-I.   Division One.   June 13, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HOKESHINA LEE TOLBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03122-7, Susan Serko, J., entered March 12, 2010. *Affirmed* by unpublished opinion per Leach, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 46008-4-II.   Division Two.   June 14, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL MICHAEL PIERRE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-00997-3, Christine Schaller, J., entered February 26, 2014. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Lee, J.